AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

CHARLES J. DAVIS,

        Plaintiff,

        v.

TOM HARMON,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-5007-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: this action is dismissed with prejudice. 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

May 15, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia